UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED
MAR 20 2018
U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Criminal No.   3:18-CR- 28 |
| v. | |
| TERENCE RICHBURG and CRAIG WILLIAMS, | Violations:   18 U.S.C. § 2<br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(C) |
| Defendants. | |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

(Aiding and Abetting the Distribution of Heroin)

On or about February 5, 2016, in Berkeley County, in the Northern District of West Virginia, defendants **TERENCE RICHBURG** and **CRAIG WILLIAMS**, aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in exchange for $100.00 in United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

A true bill,

/s/
Grand Jury Foreperson
(Signature on file)

/s/
WILLIAM J. POWELL
UNITED STATES ATTORNEY

Elizabeth Grant
Special Assistant United States Attorney